Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:                                  §
Reba Jo Webber                          §
                                        §         CASE NO.:  10-70182-HDH-13
                                        §
         Debtor                         §

### DEBTOR(S) CERTIFICATION AND MOTION FOR ENTRY OF
### CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A.  I have completed the personal financial management instructional course from an agency approved by the United States Trustee.  A copy of Official Form 23 is attached as Exhibit 1.

   B.  If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C.  All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D.  I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E.  I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

   F.  No criminal proceeding is pending against me alleging that I am guilty of a felony.

   G.  No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.    I have made all payments required by my confirmed chapter 13 plan.

_/s/Reba Jo Webber_
Debtor

/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE CLOSE OF BUSINESS TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDER TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2014, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor(s)

Label Matrix for local noticing
0539-7
Case 10-70182-hdh13
Northern District of Texas
Wichita Falls
Mon Jun  2 11:42:47 CDT 2014

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

American Express
CO Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Centurion Bank
POB 3001
Malvern, PA 19355-0701

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Barclays Bank Delaware
Attention:  Customer Support Department
PO Box 8833
Wilmington, DE 19899-8833

CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Candica LLC
CO Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank -USA, N.A.
by American Infosource Lp As Agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
PO Box 12907
Norfolk, VA 23541-0907

Ccs-first National Ban
500 East 60th St N
Sioux Falls, SD 57104-0478

Chase
Bank One Card Serv
Westerville, OH 43081

(p)CITIBANK
PO BOX 790040
ST LOUIS MO 63179-0040

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

City of WF, WFISD, Wichita County
CO Perdue Brandon Fielder Collins & Mott
P.O. Box 8188
Wichita Falls, Texas 76307-8188

Compass Bank
CO Ascension Capital Group
PO Box 201347
Arlington, TX 76006-1347

Compass Bank
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296-0001

Compass Bank
P.O. Box 10566
Birmingham, AL 35296-0001

Compass Bank -Secured Department
CO Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

DSRM National Bank-Diamond Shamrock
PO Box 300
Amarillo, TX 79105-0300

DSRM Natl Bk-Diamond Sham
CO Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

East Bay Funding, LLC
CO Resurgent Capital Services
PO Box 288
GREENVILLE, SC 29602-0288

FIA Card Services aka Bank of America
POB 3001
Malvern, PA 19355-0701

Fia Card Services, NA As Successor In Intere
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

Fst Premier
POB 5524
Sioux Falls, SD 57117-5524

Gemb-best Products
Po Box 981439
El Paso, TX 79998-1439

Gemb-chevron
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Gemb-flex Visa
PO Box 981284
El Paso, TX 79998-1284

Gemb-jcp
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

HSBC
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197-5213

HSBC Bank Nevada, N.A.
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541-0907

Hsbc Bank
ATTN: BANKRUPTCY
PO BOX 5213
Carol Stream, IL 60197-5213

Hsbc Bank
ATTN: BANKRUPTCY
PO BOX 5253
Carol Stream, IL 60197-5253

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Monte J. White & Associates
1106 Brook Ave
Wichita Falls TX 76301-5009

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741
USA

PRA Receivables Management, LLC
PO Box 12907
Norfolk, VA 23541-0907

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
CO Jc Penney
POB 41067
Norfolk VA 23541-1067

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

Portfolio Recovery Assocs., LLC
POB 41067
NORFOLK, VA 23541-1067

Premier Bankcard-Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Vanda, LLC
CO Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

WICHITA FALLS CITY, ISD & WICHITA CO
CO PERDUE BRANDON FIELDER COLLINS & MOT
PO BOX 8188
WICHITA FALLS TX 76307-8188

eCAST Settlement Corporation, assignee
of Chase Bank USA, NA successor by
merger to Washington Mutual
POB 29262
New York, NY 10087-9262

eCAST Settlement Corporation, assignee
of Citibank -South Dakota, N.A.
POB 29262
New York, NY 10087-9262

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301-5009

Reba Jo Webber
4813 Lake Park Dr
Wichita Falls, TX 76302-3903

Robert B. Wilson (non-Lubbock)
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

Citgo Oil - Citibank
Attn: Centralized Bankruptcy
PO Box 20432
Kansas City, MO 64195

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Candica L.L.C.

(d)East Bay Funding, LLC
CO Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)Portfolio Recovery Assocs., LLC
POB 41067
Norfolk, VA 23541-1067

End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54